IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:23-CR-119 |
| | ) | |
| ZACHARY FUQUA, | ) | Possession of Child Pornography |
| | ) | (18 U.S.C. § 2252A(a)(5)(B)) |
| Defendant. | ) | |

## CRIMINAL INFORMATION

### Count One

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 29, 2021, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, ZACHARY FUQUA, knowingly possessed material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), to wit, one or more digital files contained on a Western Digital, 1024GB external Hard Drive, Serial Number WX61A8031552, which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(5)(B))

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Information, he shall forfeit to the United States his interest in any visual depiction produced, transported, mailed, shipped, or received in

1

violation of Title 18, United States Code, Sections 2251 *et seq.*, and any property, real or personal, used or intended to be used to commit or promote the commission of such offense, including, but not limited to the following:

> a Western Digital, 1024 GB external hard drive, serial number WX61A8031552 and an HGST 500GB hard drive, serial number WJ055MGR.

(In accordance with Title 18, United States Code, Section 2253).

Jessica D. Aber
United States Attorney

By: *Heather Mansfield*
Heather Hart Mansfield
Assistant United States Attorney